# United States District Court

WESTERN DISTRICT OF WASHINGTON

LAMONT TOBY

v.

VALHALLA JAIL INDUSTRIES,
*et al.,*

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5196FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This cause of action is **DISMISSED** as frivolous.

| | |
|---|---|
| June 12, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |